MOORE, Circuit Judge.

We *affirm* the decisions by the United States District Court for the Eastern District of Virginia (1) denying BriarTek IP, Inc.'s motion to dismiss for lack of subject matter jurisdiction; (2) denying BriarTek's motion to strike portions of DeLorme Publishing Company, Inc. and DeLorme In-Reach LLC's (collectively, "DeLorme") summary judgment briefing; (3) granting summary judgment of invalidity of claims 1, 2, 5–12, 17, 34, and 35 of U.S. Patent No. 7,991,380 for anticipation and obviousness; and (4) awarding costs to DeLorme. We note that despite the district court's general statement in its summary judgment order that the '380 patent is invalid, the parties agree this case is limited to claims 1, 2, 5–12, 17, 34, and 35 of the '380 patent and therefore only these claims are being held invalid.

**AFFIRMED**

COSTS

Costs to DeLorme.

Edward F. FAIRBANKS, Paul J. Novak, Jr., Cynthia Colquitt, Laura D. Evans, Darlene Funches, Diane Wade, Cynthia D. Bowman, John Paul Schneider, Dorothy Robinson, Angela L. Brown, Rita Jaackson, Cynthia Dixon, Stuart Hersh, Robert S. Guenther, Richard L. Nagle, Susan M. Tennenbaum, Nicole Cantello, Nola M. Hicks, Susana Perdomo, Gary O. Prichard, John P. Steketee, Jeffrey M. Trevino, Kris P. Vezner, Jennifer A. Wilson, Jeffrey J. Bratko, Rochelle A. Marceillars, Anna E. Wagner, Daniel M. Samardzich, Janette M. Marsh, Wayne D. Gorski, Annette Lesure English, Kathleen R. Mayo, Christine M. Wagener, Holiday E. Wirick, Marietta Newell, Valoria A. Robinson, Lillateese A. Simmons, Michael E. Davis, Janet E. Pellegrini, Jonathan J. Schweizer, Brian C. Bell, Rafael P. Gonzalez, Ethel L. Crisp, Robert J. Harris, Sharon Lowery–Martin, Ozie Robinson, Arthur Lubin, Larisa E. Leonova, Randolph O. Cano, Paul E. Zanter, Joseph A. Kawecki, Fred Bartman, Fred Gage, Nita E. Leftridge, Patricia A. Lodge, Helen Mays, Noreen E. Weimer, Thomas R. Bloom, Alan K. Baumann, Matthew Hoory, Jan F. Pels, Brad W. Bradley, Linda A. Mangrum, Portrice Lynett Vernon, Heriberto Leon, David S. Novak, Jose C. Deleon, Sherry L. Estes, Yesenia Ortiz, Joanna S. Glowacki, Robert L. Thompson, Jr., William H. Johnson, Darlene Lewis, Eric A. Levy, Irene Walanka, Sheila Barnes, Linda Maria Haile, Vanessa M. Mbogo, Julia A. Sidlo, Darius L. Taylor, Angelica A.M. Van Leer, William R. Carlisle, Ricky L. Mathney, Carol A. Sullivan, Walter William, Zdenek K. Sadlon, Troy J. Strock, Kathleen R. Swan, Linda Telles, Wayne J. Whipple, Kathy Jones, Mario M. Mangino, Michael J. Mikulka, Ann Wentz, Daniel J. Mazur, Mirtha Capiro, Jennifer L. Dodds, Angela R. Jackson, John A. Nordine, Uylaine E. Barringer, Judith A. Greenberg, Janet L. Haff, Jeffrey D. Borseth, Michael P. Mcdonough, Partap C. Lall, Stavros A. Emmanouil, Verneta J. Simon, Isalee Coleman–Fisher, Keith A. Fusinski, Matthew J. Ohl, James J. Hahnenberg, Margaret

T. Gielniewski, Mary M. Tierney, Sheri L. Bianchin, John James O'Grady, Thomas Lee Smith, Diane M. Russell, Petitioners,

v.

ENVIRONMENTAL PROTECTION AGENCY, Respondent.

No. 2014–3152.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2015.

Joseph V. Kaplan, Passman & Kaplan, PC, Washington, DC, argued for petitioners. Also represented by Edward Harold Passman.

Hillary Stern, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Martin F. Hockey, Jr., Robert E. Kirschman, Jr., Benjamin C. Mizer.

NEWMAN, DYK, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

TUG HILL CONSTRUCTION, INC., Appellant,

v.

John M. McHUGH, Secretary of the Army, Appellee.

No. 2015–1320.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2015.

Brian Raymond Dugdale, Varela, Lee, Metz & Guarino LLP, Tysons Corner, VA, argued for appellant. Also represented by Rae Deanna Mueller.

Peter Anthony Gwynne, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Steven J. Gillingham, Dawn–Carole Harris, Cindy E. Shimokusu, Charles L. Webster III, United States Army Corps of Engineers, Fort Worth, TX.

PROST, Chief Judge, REYNA, Circuit Judge, and STARK, Chief District Judge.*

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

---

* Honorable Leonard P. Stark, Chief District Judge, United States District Court for the District of Delaware, sitting by designation.